S. William Manera
2025 N Third St.
Suite 152
Phoenix, AZ 85004

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:12-bk-21114-RJH |
| | § | |
| JASON VIDAL TREJO | § | |
| TINA MICHELLE TREJO | § | |
| | § | |
| Debtors | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/24/2012. The undersigned trustee was appointed on 09/24/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $9,044.74

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $3,102.51 |
| Bank service fees | $88.81 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $5,853.42 |

The remaining funds are available for distribution.

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/31/2013 and the deadline for filing government claims was 03/23/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,654.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,654.47, for a total compensation of $1,654.47[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $46.55, for total expenses of $46.55.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/29/2013 By: /s/ S. William Manera
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit A

| | | | |
|---|---|---|---|
| **Case No.:** | 12-21114-PHX RJH | **Trustee Name:** | S. William Manera |
| **Case Name:** | TREJO, JASON VIDAL AND TREJO, TINA MICHELLE | **Date Filed (f) or Converted (c):** | 09/24/2012 (f) |
| **For the Period Ending:** | 8/29/2013 | **§341(a) Meeting Date:** | 11/01/2012 |
| | | **Claims Bar Date:** | 01/31/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Insurance Settlement | $0.00 | $6,869.74 | | $6,869.74 | FA |
| 2 | Our Home 3413 W. Ocotillo Rd. Phoenix, Az. 85017 | $52,088.00 | $0.00 | | $0.00 | FA |
| 3 | From wages. All property is at home address | $15.00 | $0.00 | | $0.00 | FA |
| 4 | $710.00 in checking from wages, and $25.00 In savings at Arizona Federal Credit Union 5151 North 19th Avenue Phoenix, AZ 85015. | $1,110.89 | $0.00 | | $0.00 | FA |
| 5 | 46" Samsung TV $650, TV stand $50, | $1,773.00 | $0.00 | | $0.00 | FA |
| 6 | five Wii video games (minor children S.T, J.T ,C.T.)$1.00, twenty-two DVD's $110, | $260.00 | $0.00 | | $0.00 | FA |
| 7 | a wks worth of clothes per family member(5) | $500.00 | $0.00 | | $0.00 | FA |
| 8 | one female white gold wedding band $100, | $250.00 | $0.00 | | $0.00 | FA |
| 9 | Kemper Insurance(our home/auto insurance company)has made out a check payable to Jason Trejo,Tina Trejo & Bank. | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2001 Chevy Impala (restored/salvage title) | $10,300.00 | $0.00 | | $0.00 | FA |
| 11 | one 3yr old female Chihuahua | $75.00 | $0.00 | | $0.00 | FA |
| 12 | The Vest for chest percussion therapy (due | $1,000.00 | $0.00 | | $0.00 | FA |
| 13 | 2012 Tax Refunds **(u)** | $0.00 | $2,175.00 | | $1,349.11 | FA |
| **Asset Notes:** | US 1562. + AZ 613. | | | | | |
| 14 | cash non exempt **(u)** | $0.00 | $825.89 | | $825.89 | FA |
| **TOTALS (Excluding unknown value)** | | **$67,371.89** | **$9,870.63** | | **$9,044.74** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

Referred to Adam: ins settlement 6869.74--previously referred, ins company denied claim for mold repair--may have an additional claim & possible PI claims for mold. Employ Cunningham

Amended Objection Exemptions Filed

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 12-21114-PHX RJH
**Case Name:** TREJO, JASON VIDAL AND TREJO, TINA MICHELLE
**For the Period Ending:** 8/29/2013

**Trustee Name:** S. William Manera
**Date Filed (f) or Converted (c):** 09/24/2012 (f)
**§341(a) Meeting Date:** 11/01/2012
**Claims Bar Date:** 01/31/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

CIO Letter Sent
QR - Will abandon home, pursue additional home damage claim
2012 Tax Returns US 1562. + Az 613.
L&N Letter Debtors Re: Demand non exempt cash, non exempt bank funds, 2012 tax refunds.
Recd 2012 STRef: 613
L&N sent demand to Debtors for reduced/approved payment of $450
L&N filed Motion to Compel Turnover for $825.89 (non-exempt bank funds/cash)
Court signed Order Directing Turnover of Property of $825.89
ready for TFR-tax proration done; Adam fileing fee app
TFR Submitted

**Initial Projected Date Of Final Report (TFR):** 12/31/2013

**Current Projected Date Of Final Report (TFR):**

/s/ S. WILLIAM MANERA
S. WILLIAM MANERA

Exhibit B

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-21114-PHX RJH | **Trustee Name:** | S. William Manera |
| **Case Name:** | TREJO, JASON VIDAL AND TREJO, TINA MICHELLE | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | ******5678 | **Checking Acct #:** | ******1114 |
| **Co-Debtor Taxpayer ID #:** | ******5679 | **Account Title:** | |
| **For Period Beginning:** | 9/24/2012 | **Blanket bond (per case limit):** | $72,661,955.00 |
| **For Period Ending:** | 8/29/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/29/2012 | (1) | Kemper | insurance settlement | | 1129-000 | $6,869.74 | | $6,869.74 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $0.35 | $6,869.39 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $10.72 | $6,858.67 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $11.06 | $6,847.61 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $11.04 | $6,836.57 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $9.96 | $6,826.61 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $11.01 | $6,815.60 |
| 04/11/2013 | (13) | State of Arizona | 2012 State Tax Refund | | 1224-000 | $613.00 | | $7,428.60 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $11.15 | $7,417.45 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $11.96 | $7,405.49 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $11.56 | $7,393.93 |
| 07/22/2013 | | US Treasury | tax refund 2012 | | * | $1,562.00 | | $8,955.93 |
| | {14} | | | $825.89 | 1229-000 | | | $8,955.93 |
| | {13} | | | $736.11 | 1224-000 | | | $8,955.93 |
| 07/24/2013 | 5001 | Adam Nach | legal fees and expenses | | * | | $3,102.51 | $5,853.42 |
| | | | | $(3,036.00) | 3210-000 | | | $5,853.42 |
| | | | | $(66.51) | 3220-000 | | | $5,853.42 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $12.66 | $5,840.76 |
| 08/01/2013 | | Integrity Bank | Reverse Bank Fee | | 2600-000 | | ($12.66) | $5,853.42 |

**SUBTOTALS** $9,044.74 $3,191.32

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-21114-PHX RJH | **Trustee Name:** | S. William Manera |
| **Case Name:** | TREJO, JASON VIDAL AND TREJO, TINA MICHELLE | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | ******5678 | **Checking Acct #:** | ******1114 |
| **Co-Debtor Taxpayer ID #:** | ******5679 | **Account Title:** | |
| **For Period Beginning:** | 9/24/2012 | **Blanket bond (per case limit):** | $72,661,955.00 |
| **For Period Ending:** | 8/29/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $9,044.74 | $3,191.32 | $5,853.42 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $9,044.74 | $3,191.32 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $9,044.74 | $3,191.32 | |

**For the period of 9/24/2012 to 8/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,044.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,044.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,191.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,191.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/29/2012 to 8/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,044.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,044.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,191.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,191.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-21114-PHX RJH | **Trustee Name:** | S. William Manera |
| **Case Name:** | TREJO, JASON VIDAL AND TREJO, TINA MICHELLE | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | ******5678 | **Checking Acct #:** | ******1114 |
| **Co-Debtor Taxpayer ID #:** | ******5679 | **Account Title:** | |
| **For Period Beginning:** | 9/24/2012 | **Blanket bond (per case limit):** | $72,661,955.00 |
| **For Period Ending:** | 8/29/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,044.74 | $3,191.32 | $5,853.42 |

**For the period of 9/24/2012 to 8/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,044.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,044.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,191.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,191.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/24/2012 to 8/29/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,044.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,044.74 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,191.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,191.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

**Case No.** 12-21114-PHX RJH
**Case Name:** TREJO, JASON VIDAL AND TREJO, TINA MICHELLE
**Claims Bar Date:** 01/31/2013
**Trustee Name:** S. William Manera
**Date:** 8/29/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $500.09 | $510.09 | $510.09 | $0.00 | $0.00 | $0.00 | $510.09 |
| 5 | ARIZONA FEDERAL CREDIT UNION<br>P.O. Box 60070<br>Phoenix AZ 85082 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,025.00 | $2,005.11 | $2,005.11 | $0.00 | $0.00 | $0.00 | $2,005.11 |
| 8 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,317.33 | $2,317.33 | $2,317.33 | $0.00 | $0.00 | $0.00 | $2,317.33 |
| 9 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,410.26 | $1,448.43 | $1,448.43 | $0.00 | $0.00 | $0.00 | $1,448.43 |
| 13 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 73124-8840 | 01/23/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,897.60 | $1,897.10 | $1,897.10 | $0.00 | $0.00 | $0.00 | $1,897.10 |
| 14 | ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson AZ 85712 | 01/31/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $345.19 | $365.62 | $365.62 | $0.00 | $0.00 | $0.00 | $365.62 |
| 10 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | 01/08/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,251.16 | $987.78 | $987.78 | $0.00 | $0.00 | $0.00 | $987.78 |

**Case No.** 12-21114-PHX RJH
**Case Name:** TREJO, JASON VIDAL AND TREJO, TINA MICHELLE
**Claims Bar Date:** 01/31/2013
**Trustee Name:** S. William Manera
**Date:** 8/29/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PORTFOLIO INVESTMENTS II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 11/04/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,009.98 | $1,009.98 | $1,009.98 | $0.00 | $0.00 | $0.00 | $1,009.98 |
| 2 | PORTFOLIO INVESTMENTS II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 11/04/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $595.57 | $595.57 | $595.57 | $0.00 | $0.00 | $0.00 | $595.57 |
| 3 | PORTFOLIO INVESTMENTS II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 11/04/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,125.56 | $2,125.56 | $2,125.56 | $0.00 | $0.00 | $0.00 | $2,125.56 |
| 4 | PORTFOLIO INVESTMENTS II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 11/04/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $605.77 | $593.77 | $593.77 | $0.00 | $0.00 | $0.00 | $593.77 |
| 6 | PORTFOLIO INVESTMENTS II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 11/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,345.09 | $1,345.09 | $1,345.09 | $0.00 | $0.00 | $0.00 | $1,345.09 |

**Case No.** 12-21114-PHX RJH
**Case Name:** TREJO, JASON VIDAL AND TREJO, TINA MICHELLE
**Claims Bar Date:** 01/31/2013
**Trustee Name:** S. William Manera
**Date:** 8/29/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 01/17/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,368.39 | $2,368.39 | $2,368.39 | $0.00 | $0.00 | $0.00 | $2,368.39 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 01/17/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $710.06 | $691.06 | $691.06 | $0.00 | $0.00 | $0.00 | $691.06 |
| | S. WILLIAM MANERA 2025 N Third St. Suite 152 Phoenix AZ 85004 | 07/31/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $46.55 | $46.55 | $0.00 | $0.00 | $0.00 | $46.55 |
| | S. WILLIAM MANERA 2025 N Third St. Suite 152 Phoenix AZ 85004 | 07/31/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,654.47 | $1,654.47 | $0.00 | $0.00 | $0.00 | $1,654.47 |
| | | | | | | | **$19,961.90** | **$19,961.90** | **$0.00** | **$0.00** | **$0.00** | **$19,961.90** |

**CLAIM ANALYSIS REPORT**

**Case No.** 12-21114-PHX RJH
**Case Name:** TREJO, JASON VIDAL AND TREJO, TINA MICHELLE
**Claims Bar Date:** 01/31/2013

**Trustee Name:** S. William Manera
**Date:** 8/29/2013

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $18,260.88 | $18,260.88 | $0.00 | $0.00 | $0.00 | $18,260.88 |
| Trustee Compensation | $1,654.47 | $1,654.47 | $0.00 | $0.00 | $0.00 | $1,654.47 |
| Trustee Expenses | $46.55 | $46.55 | $0.00 | $0.00 | $0.00 | $46.55 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 2:12-bk-21114-RJH
Case Name: JASON VIDAL TREJO
TINA MICHELLE TREJO
Trustee Name: S. William Manera

Balance on hand: $5,853.42

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,853.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| S. William Manera, Trustee Fees | $1,654.47 | $0.00 | $1,654.47 |
| S. William Manera, Trustee Expenses | $46.55 | $0.00 | $46.55 |

Total to be paid for chapter 7 administrative expenses: $1,701.02
Remaining balance: $4,152.40

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,152.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $4,152.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,260.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Portfolio Investments II LLC | $1,009.98 | $0.00 | $229.66 |
| 2 | Portfolio Investments II LLC | $595.57 | $0.00 | $135.43 |
| 3 | Portfolio Investments II LLC | $2,125.56 | $0.00 | $483.34 |
| 4 | Portfolio Investments II LLC | $593.77 | $0.00 | $135.02 |
| 5 | Arizona Federal Credit Union | $2,005.11 | $0.00 | $455.95 |
| 6 | Portfolio Investments II LLC | $1,345.09 | $0.00 | $305.86 |
| 7 | American InfoSource LP as agent for TD Bank, USA | $510.09 | $0.00 | $115.99 |
| 8 | Capital One Bank (USA), N.A. | $2,317.33 | $0.00 | $526.95 |
| 9 | Capital One Bank (USA), N.A. | $1,448.43 | $0.00 | $329.36 |
| 10 | MERRICK BANK | $987.78 | $0.00 | $224.61 |
| 11 | PYOD, LLC its successors and assigns as assignee | $2,368.39 | $0.00 | $538.56 |
| 12 | PYOD, LLC its successors and assigns as assignee | $691.06 | $0.00 | $157.14 |
| 13 | Citibank, N.A. | $1,897.10 | $0.00 | $431.39 |
| 14 | eCAST Settlement Corporation | $365.62 | $0.00 | $83.14 |

Total to be paid to timely general unsecured claims: $4,152.40
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |